JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert J. Demetriou, | Case No. **CV 11-5522-JFW (VBKx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JP Morgan Chase Bank, N.A., | |
| Defendant. | |

The Court, having granted the Defendant JPMorgan Chase Bank, N.A.'s motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendant JPMorgan Chase Bank, N.A. was entitled to judgment as a matter of law on all claims for relief alleged against it,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Robert J. Demetriou shall recover nothing from Defendant JPMorgan Chase Bank, N.A.;

2. Defendant JPMorgan Chase Bank, N.A. shall have judgment in its favor on Plaintiff Robert J. Demetriou's entire action; and

3.  JPMorgan Chase Bank, N.A. shall recover from Plaintiff Robert J. Demetriou its costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: August 8, 2012         _____
                                       JOHN F. WALTER
                              UNITED STATES DISTRICT JUDGE